**STATE of Missouri, Respondent,**

v.

**Ollie DIXON, Appellant.**

**No. 51898.**

Supreme Court of Missouri, Division No. 1.

Dec. 9, 1968.

## ORDER

HENLEY, Presiding Judge.

For the reasons stated in an opinion adopted December 9, 1968, in cause No. 53,585, 434 S.W.2d 564, wherein the State of Missouri is respondent and Ollie Dixon is appellant, the judgment of this court, 411 S.W.2d 185, affirming the judgment of conviction of appellant in this cause is set aside and for naught held.

The cause is remanded to the trial court for further proceedings in accordance with the opinion in cause No. 53,585.